IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DICK COWELL AND CYNTHIA COWELL, | § § § § | |
| *Plaintiffs*, | | |
| vs. | § | CASE NO. 4:16-cv-1528 |
| | § | |
| STATE FARM LLOYDS, | § § | |
| *Defendant.* | | |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel of record, comes Plaintiffs Dick Cowell and Cynthia Cowell and Defendant State Farm Lloyds, who each and all do hereby stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear its own costs and expenses.  The said parties pray that this Court issue an Order dismissing this case, with prejudice, and with each party to bear its own costs and expenses.

**AGREED AND APPROVED:**


*/s/ Scott G. Hunziker*
Scott G. Hunziker
State Bar No. 24032446
The Voss Law Firm, P.C.
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
scott@vosslawfirm.com

*Counsel for Plaintiff*



*/s/ Rett Holidy*
Dale M. "Rett" Holidy
State Bar No. 00792937
Germer PLLC
333 Clay Street, Suite 4950
Houston, Texas 77002
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
rholidy@germer.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on October 28, 2016, a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

***Via Electronic Service***
Dale M. "Rett" Holidy
Germer PLLC
333 Clay Street, Suite 4950
Houston, Texas 77002
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
rholidy@germer.com

                                                  */s/  Scott G. Hunziker*
                                                  Scott G. Hunziker