United States District Court
Southern District of Texas
**ENTERED**
October 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DICK COWELL AND CYNTHIA COWELL, §§§§ | | |
| *Plaintiffs*, | § | |
| vs. | § | CASE NO. 4:16-cv-1528 |
| | § | |
| STATE FARM LLOYDS, | § | |
| *Defendant.* | § | |

## ORDER

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and expenses.

SIGNED AND ENTERED this __28th__ day of __October__, 2016.

_____
United States District Judge